Eric Alan SANDERS, Plaintiff-Appellant,

v.

LOWE'S HOME CENTERS, LLC, Defendant-Appellee,

and

Equal Employment Opportunity Commission, of Charlotte, NC; John Hayward; Mike Calzareeta; Doug Ford; Rayvon Irby, Defendants.

No. 17-2242

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2018
Decided: March 15, 2018

Eric Alan Sanders, Appellant Pro Se. Richard James Morgan, MCNAIR LAW FIRM, PA, Columbia, South Carolina, for Appellee.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders seeks to appeal the magistrate judge's order granting him an extension of time to file an opposition to the defendant's motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collat-

eral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sanders seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Sanders' pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*